IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

V.                                      Indictment: 1:20-CR-103-TWT

BANGALLY TOURAY
    DEFENDANT.

## MOTION TO SUPPRESS STATEMENTS

COMES NOW the Defendant, Bangally TOURAY, by and through undersigned counsel, and moves this Court to suppress any statements that he has made to law enforcements. On March 26, 2019, TOURAY made statements to law enforcement officers at Atlanta Hartsfield-Jackson International Airport while in custody. The government bears the burden of showing that TOURAY's in custody statements were obtained in compliance with *Miranda v. Arizona*, 384 U.S. 436 (1966), the Fifth and Sixth Amendments to the United States Constitution, and the Due Process Clause of the Fifth and Fourteenth Amendments to the United States Constitution. The government also bears the burden of proof that the statements were otherwise voluntary. *Missouri v. Seibert*, 542 U.S. 600, 608 n.1 (2004),

1

Separate from compliance with *Miranda*, the government also must establish that a custodial defendant's statements were voluntary. *United States v. Sims*, 719 F.2d 375, 378 (11 Cir. 1983). Even if the court finds compliance with *Miranda*, the court must still rule on the statement's voluntariness. *Jackson v. Denno*, 378 U.S. 368, 376-77 (1964). TOURAY asserts his statement was the product of *Miranda* defects, and that his statement was not voluntary.

A hearing is requested so that the Court can receive evidence on this matter. TOURAY also requests an opportunity to brief this issue for the court after the evidentiary hearing and requests the court suppress TOURAY's Statements.

Respectfully submitted,

/s/Michael Saul
Michael H. Saul
627025
Attorney for Defendant
301 Washington Ave
Marietta, Georgia, 30060
770-429-8787

/s/Michael T. Ross
Michael T. Ross
Bar No. 763334
Attorney for Defendant
301 Washington Ave
Marietta, GA 30060
770-722-3661

# **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that I caused the attached motion to be served electronically to the United States and to the attorneys for the other parties.

This December 3, 2020

Respectfully submitted,

/s/Michael Saul

Michael H. Saul Bar No. 627025
Attorney for Bangally Touray
P.O. Box 4504
301 Washington Avenue
Marietta, Georgia, 30061
404-281-1542

/s/Michael T. Ross
Michael T. Ross
Bar No. 763334
Attorney for Defendant
301 Washington Ave
Marietta, GA 30060
770-722-3661