IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

UNITED STATES OF AMERICA,

V.                                             Indictment: 1:20-CR-103-TWT-LTW

BANGALLY TOURAY,

     DEFENDANT.

## **DEFENDANT'S MOTION FOR BILL OF PARTICULARS**

Comes now the defendant, Bangally Touray, and moves this court to direct the government to file a bill of particulars pursuant to F.R.C.P. Rule 7(f). A bill of particulars will adequately apprise Defendant of the scope of the Government's allegations and allow Defendant to prepare his defense and avoid unfair and prejudicial surprise at trial.

1.

The government indicted Defendant on September 2, 2020 (Doc. 38). Defendant entered a NOT GUILTY plea at his arraignment on November 2, 2020

(Doc. 107). The government mailed initial discovery to counsel on September 30, 2020.

2.

With respect to Count One (1) in this indictment, the only count charging Bangally Touray, Defendant requests a clear indication of what act or acts Defendant committed, and specifically when they were committed, that arise to knowingly conducting and attempting to conduct a financial transaction in and affecting interstate commerce, which transaction involved the proceeds of specified unlawful activity, that is, the felonious manufacture, receiving, concealment, buying, selling and otherwise dealing in a controlled substance punishable under a law of the United States, and that while conducting and attempting to conduct such financial transaction, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity.

WHEREFORE, it is respectfully requested that the Court grant this Motion For Bill of Particulars.

Respectfully submitted,

/s/Michael Saul

Michael H. Saul
627025
Attorney for Defendant

/s/Michael T. Ross
Michael T. Ross
763334

301 Washington Ave
Marietta, Georgia, 30060
770-429-8787

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

UNITED STATES OF AMERICA,

V.                                                      Indictment: 1:20-CR-103-TWT-LTW

BANGALLY TOURAY,
    DEFENDANT.

## MEMORANDUM IN SUPPORT OF
## MOTION FOR BILL OF PARTICULARS

Federal Rule of Criminal Procedure 7(f) provides that the Court may direct the filing of a bill of particulars upon the motion of a defendant. The purpose of a bill of particulars is to apprise the defendant of the nature of the charges, in such a way, so as to ensure that he: (1) understands the charges, (2) can prepare a defense, (3) can avoid prejudicial surprise at trial, and (4) can be protected against retrial for the same offense. United States v. Butler, 822 F. 2d 1191 (D.C. Cir. 1987); See, e.g., United States v. Ramirez, 602 F. Supp. 783, 793 (S.D.N.Y. 1985). The determination as to whether a bill of particulars should be provided is within the discretion of the trial court. United States v. Butler, 822 F. 2d at 1194.

In the present case, Defendant is charged in Count One (1) of the above captioned indictment with "…knowingly conducting and attempting to conduct a financial transaction in and affecting interstate commerce, which transaction involved the proceeds of specified unlawful activity…[and] knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity." (Doc. 38).  The alleged conduct occurred between September 2, 2017 and continued until on or about February 11, 2020. (Doc. 38).  However, the indictment fails to state any alleged overt acts necessary to support the government's charge regarding what the Defendant did that constitutes conducting a financial transaction involving the proceeds of unlawful activity and that the defendant knew the transaction involved proceeds from unlawful activity.

Further, the indictment fails to state specifically when Defendant conducted such a financial transaction. Therefore, the information sought by this Motion for Bill of Particulars is necessary to permit the Defendant to adequately prepare a defense to the charges alleged in Count One.

WHEREFORE, it is respectfully requested that this Motion for Bill of Particulars be granted.

Respectfully submitted,

/s/Michael Saul
Michael H. Saul
627025
Attorney for Defendant

/s/Michael T. Ross
Michael T. Ross
763334

301 Washington Ave
Marietta, Georgia, 30060
770-429-8787
770-722-3661

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the Assistant U.S. Attorney listed below a copy of the above-mentioned motion by electronic filing:

Nicholas Joy
Assistant U.S. Attorney
U.S. Attorney's Office
6th Floor
75 Spring Street
Atlanta, Georgia, 30303

This December 3, 2020.

Respectfully submitted,

/s/Michael H. Saul
Michael H. Saul

/s/Michael T. Ross
Michael T. Ross