IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CIVIL ACTION FILE NO. |
| v. | 1:20-CR- 103-5-TWT |
| BANGALLY TOURAY, | |
| Defendant. | |

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 262] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress [Doc. 222] and denying the Defendant's Motion to Suppress Statements [Doc. 223]. In his Objections to the Report and Recommendation, the Defendant relies upon the same factors discussed by the Magistrate Judge. The totality of the circumstances demonstrates that Defendant's consent to the search was the product of his own voluntary, free, unconstrained choice. The Defendant's Motion to Suppress [Doc. 222] is DENIED. There were no threats or promises made, the Defendant's questioning was relatively short, and the officers did not engage in the kind of physical or psychological coercion that would render Defendant's statements involuntary. The totality of the circumstances

demonstrate that Defendant freely and voluntarily waived his *Miranda* rights. The Defendant's Motion to Suppress Statements [Doc. 223] is DENIED.

SO ORDERED, this __24th__ day of January, 2023.

_____
THOMAS W. THRASH, JR.
United States District Judge
